LODGED

99 AUG 23 AM 8:27

CLERK U.S. ... COURT
CENTRAL ... OF CALIF.
LOS ANGELES

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 24 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 23 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. P. ROBERT PRATT and P. ROBERT PRATT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANT TECHSYSTEMS, INC., a Delaware Corporation, and HERCULES INCORPORATED, a Delaware Corporation,<br><br>Defendants, | Case No. CV No. 95-4812 SVW (JGx)<br>Judge Carlos R. Moreno<br><br>ORDER APPROVING AMENDMENT TO SETTLEMENT AGREEMENT<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Pursuant to the Order entered in this action on February 17, 1999, and based upon the stipulated motion and the letter attached thereto from counsel for the United States of America stating that the United States does not object to the granting of the stipulated motion, the Amendment to the Settlement Agreement attached to the parties' stipulated motion is hereby APPROVED.

IT IS SO ORDERED this 23rd day of Aug, 1999.

BY THE COURT:

HONORABLE CARLOS R. MORENO
UNITED STATES DISTRICT JUDGE

AUG 24 1999

DOCKETED
COPY PTYS
NOTICE PTYS
ML
JS-

6083129.1

1
ORDER APPROVING AMENDMENT TO SETTLEMENT AGREEMENT